**Dismissed and Memorandum Opinion filed May 13, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00138-CV

### CHRISTOPHER MICHAEL DIEHL, Appellant

### V.

### BRITTANY FORGEY, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-45357**

## MEMORANDUM OPINION

This is an appeal from a final protective order signed December 18, 2020. After a motion for new trial was filed, a notice of appeal was timely filed on March 11, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On April 13, 2021, this court ordered appellant to pay the appellate filing fee on or before April 28, 2021 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.